# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Set: 9:00 AM
Started: 9:20 AM
Ended: 9:28 AM

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE PEDRO A. DELGADO-HERNANDEZ**     CASE NO. 3:19-cr-604 (PAD)
COURTROOM DEPUTY: Christina A. Cole
COURTROOM REPORTER: Cindy Brown                October 29, 2019

| | United States of America vs. | AUSA Enrique Silva |
|---|---|---|
| 1 | | |
| 2 | Victor Torres-Galindo | **Ismael Rodriguez-Izquierdo** |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Emilio J. Alomar-Garcia | **Jason Gonzalez-Delgado** |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Hector Pagan-Vega | **Mario Carrillo for Peter Diaz-Santiago** |
| 12 | | |
| 13 | Jesus M. Vargas-Vargas | **Jorge E. Rivera-Ortiz** |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Juan C. Borrero-Ramirez | **Juan F. Matos-De-Juan** |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Randell Soto-Alvarado | **Irma R. Valldejuli-Perez** |
| 24 | Victor Andres Segarra-Vega | **Yassmin Gonzalez-Velez** |
| 25 | Victor Manuel Segarra-Vega | **Johnny Rivera for Jorge Luis Gerena-Mendez** |
| 26 | William D. Sanabria-Torres, Jr. | **David Ramos for Jose L. Novas-Debien** |

| | | |
|---|---|---|
| 27 | Anthony Almodovar-Guzman | **David Ramos-Pagan** |
| 28 | Christopher Gonzalez-Figueroa | **Olga M. Shepard-De-Mari** |
| 29 | | |
| 30 | Jose Manuel Lopez-Velazquez | **Saul Roman-Santiago** |
| 31 | Erik Antonio Aviles-Vega | **Anita Hill-Adames** |
| 32 | | |
| 33 | Joseph Joamil Fontanez-Colon | **Laura Maldonado-Rodriguez** |
| 34 | Vilma Janet Vazquez-Vargas | **Mario Carrillo for Leonardo M. Aldridge** |
| 35 | Jose J. Colon-Ramirez | **Jose Aguayo for Richard O. Dansoh** |
| 36 | Aristides Rivera-Alvarado | **Hector J. Dauhajre-Rodriguez** |
| 37 | Alberto Pimentel-Rodriguez | **Alex Rosa for Edgar L. Sanchez-Mercado** |
| 38 | | |
| 39 | | |
| 40 | Wilson Berrios-Flores | **Johnny Rivera for Robert Millan** |
| 41 | Axcel Orlando-Barral | **Jose G. Perez-Ortiz** |
| 42 | Jeisabel Torruella-Almodovar | **Rafael Anglada-Lopez** |
| 43 | Freddyson Orengo-Rivera | **Jason Gonzalez for Miguel Oppenheimer** |
| 44 | Kevin Antonio Colon-Melendez | **Irma Valldejuli for Luz M. Rios-Rosario** |
| 45 | Angel L. Gonzalez-Morales | **Anita Hill for Rachel Brill** |
| 46 | Javier I. Montes-Medina | **Johnny Rivera-Gonzalez** |
| 47 | Fernando L. Rivera-Quinones | **Luis A. Guzman-Dupont** |
| 48 | Samuel Jesus Castillo-Santana | **Marta T. Rey-Cacho** |
| 49 | Pedro Pacheco-Rodriguez | **Jose R. Gaztambide-Aneses** |
| 50 | Katherine Colon-Negron | **Alex Omar Rosa-Ambert** |

**Case Called for Status Conference.**

AUSA Silva informed the Court that discovery will be tendered not later than 11/18/2019, Plea offers will be sent not later than 12/4/2019 and proffer sessions and evidence inspections will be coordinated. Further Status Conference is set for 2/28/2020 at 9:00 AM.

s/Christina A. Cole
Christina A. Cole
Courtroom Deputy
to Judge Pedro A. Delgado
U.S. District Court for the District of Puerto Rico