# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Set: 9:00 AM
Started: 9:44 AM
Ended: 9:47 AM

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE PEDRO A. DELGADO-HERNANDEZ**        CASE NO. 3:19-cr-604 (PAD)
COURTROOM DEPUTY: Christina A. Cole
COURTROOM REPORTER: Cindy Brown                     February 27, 2020

| United States of America vs. | AUSA Enrique Silva |
|---|---|
| 1 | | |
| 2 | Victor Torres-Galindo | **Ismael Rodriguez-Izquierdo** |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Juan C. Borrero-Silva | **Mariangela Tirado-Vales** |
| 7 | Emilio J. Alomar-Garcia | **Juan Matos-de- Juan for Jason Gonzalez-Delgado** |
| 8 | Alexandro Rivera-Perez | **Lydia Lizarribar-Masini** |
| 9 | Santiago De Jesus-Martinez | **Leonardo Aldridge for Francisco J. Adams-Quesada** |
| 10 | Alex Manuel Malavet-Rivera | **Leonardo Aldridge for Thomas Trebilcock-Horan** |
| 11 | Hector Pagan-Vega | **Leonardo Aldridge for Peter Diaz-Santiago** |
| 12 | | |
| 13 | Jesus M. Vargas-Vargas | **Jorge E. Rivera-Ortiz** |
| 14 | Anthony Nazario-Ortiz | **Jose B. Velez-Goveo** |
| 15 | | |
| 16 | Jose A. Cintron-Ortiz | **Johnny Rivera for Ovidio E. Zayas-Perez** |
| 17 | Juan C. Borrero-Ramirez | **Juan F. Matos-De-Juan** |
| 18 | | |
| 19 | Yalexis Fernandez-Garcia | **Felix A. Lizasuain-Martinez** <br> **Jose G. Rodriguez-Rosado** |
| 20 | | |
| 21 | | |
| 22 | Gilberto Laboy-Nadal | **Juan M. Masini-Soler** |
| 23 | Randell Soto-Alvarado | **Irma R. Valldejuli-Perez** |
| 24 | Victor Andres Segarra-Vega | **Yassmin Gonzalez-Velez** |

| 25 | Victor Manuel Segarra-Vega | **Jorge Luis Gerena-Mendez** |
|----|----------------------------|------------------------------|
| 26 | William D. Sanabria-Torres, Jr. | **Jorge Gerena for Jose L. Novas-Debien** |
| 27 | Anthony Almodovar-Guzman | **David Ramos-Pagan** |
| 28 | Christopher Gonzalez-Figueroa | **Olga M. Shepard-De-Mari** |
| 29 | | |
| 30 | Jose Manuel Lopez-Velazquez | **Saul Roman-Santiago** |
| 31 | Erik Antonio Aviles-Vega | **Johnny Rivera for Anita Hill-Adames** |
| 32 | | |
| 33 | Joseph Joamil Fontanez-Colon | **Saul Roman for Laura Maldonado-Rodriguez** |
| 34 | Vilma Janet Vazquez-Vargas | **Leonardo M. Aldridge** |
| 35 | Jose J. Colon-Ramirez | **Leonardo Aldridge for Richard O. Dansoh** |
| 36 | Aristides Rivera-Alvarado | **Hector J. Dauhajre-Rodriguez** |
| 37 | Alberto Pimentel-Rodriguez | **Juan Matos-de-Juan for Edgar L. Sanchez-Mercado** |
| 38 | Alexander Omar Gonzalez-Morales | **Johnny Rivera for Ernesto Hernandez-Milan** |
| 39 | Luis Angel Garcia-Rios | **Juan Matos-de-Juan for Giovanni Jose Canino-Sanchez** |
| 40 | Wilson Berrios-Flores | **Jorge Rivera for Robert Millan** |
| 41 | Axcel Orlando-Barral | **Jose G. Perez-Ortiz** |
| 42 | Jeisabel Torruella-Almodovar | **Rafael Anglada-Lopez** |
| 43 | Freddyson Orengo-Rivera | **Juan Matos-de-Juan for Miguel Oppenheimer** |
| 44 | Kevin Antonio Colon-Melendez | **Luz M. Rios-Rosario** |
| 45 | Angel L. Gonzalez-Morales | **Rachel Brill** |
| 46 | Javier I. Montes-Medina | **Johnny Rivera-Gonzalez** |
| 47 | Fernando L. Rivera-Quinones | **Luis A. Guzman-Dupont** |
| 48 | Samuel Jesus Castillo-Santana | **Marta T. Rey-Cacho** |
| 49 | Pedro Pacheco-Rodriguez | **Francisco Diez for Jose R. Gaztambide-Aneses** |
| 50 | Katherine Colon-Negron | **Alex Omar Rosa-Ambert** |

**Case Called for Status Conference.**

AUSA Silva informed the Court of the following:

- Currently there are 10 fugitives.

- A second discovery package will be provided within the next 2 weeks. The package is expected to be voluminous.

- Within the next week he expects to tender all remaining plea offers.

- Proffer sessions will be conducted.

- Evidence inspections are scheduled for 3/24/2020 and 3/25/2020.

AUSA Silva requested that in light of the current stage of the case, a status conference be set for mid May 2020.

Attorney Mariangela Tirado (6) informed the court that there has been some difficulty discussing the discovery with the defendants who are currently located in Bayamon 705.

Attorney Guzman (47) stated that his client has not been transferred to MDC per the Court's order at docket 336. The Court will look into this matter and issue an order.

Further Status Conference is set for 6/26/2020 at 9:00 AM.

s/Christina A. Cole
Christina A. Cole
Courtroom Deputy
to Judge Pedro A. Delgado
U.S. District Court for the District of Puerto Rico